IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROGER DALE GODWIN,

    Petitioner,

v.

ERIC HOLDER, U.S. ATTORNEY
GENERAL, BUREAU OF PRISONS,

    Respondent.

ORDER

Case No. 14-cv-680-wmc

Petitioner Roger Dale Godwin seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has submitted a motion for leave to proceed without prepayment of the filing fee. (Dkt. # 2). The court cannot consider this motion, however, because it lacks supporting documentation regarding petitioner's eligibility for indigent status. For this case to move forward, petitioner must either pay the $5 filing fee or submit a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this habeas corpus petition. If petitioner does not submit either the $5 filing fee or a trust fund account statement before October 30, 2014, this case will be closed without further notice.

ORDER

IT IS ORDERED that:

1. The motion for leave to proceed without prepayment of the filing fee (Dkt. # 2) is DENIED at this time.

2. No later than October 30, 2014, petitioner Roger Dale Godwin shall pay the $5 filing fee or submit a certified copy of petitioner's inmate trust fund account statement for

the six-month period from the date of the habeas petition (October 3, 2014 through at least April 3, 2014).

    3.    If petitioner fails to pay the $5 filing fee, comply as directed, or show cause for failure to do so, this case will be closed without further notice.

Entered this 10th day of October, 2014.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge